B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bell, Joyce | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Joyce Bell Sutton | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-3378 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1330 W. 76th Street, Apt. 318<br>Chicago, IL<br><br>ZIP Code  60620 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ■ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Bell, Joyce |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ Elise M. Tincher                          June  1, 2012<br>Signature of Attorney for Debtor(s)                    (Date)<br>Elise M. Tincher |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Bell, Joyce

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Joyce Bell
Signature of Debtor  Joyce Bell

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

June  1, 2012
Date

#### Signature of Attorney*

X  /s/ Elise M. Tincher
Signature of Attorney for Debtor(s)

Elise M. Tincher 6292363
Printed Name of Attorney for Debtor(s)

Legal Assistance Foundation
Firm Name
120 S. LaSalle Street
Suite 900
Chicago, IL 60603

Address

                               Email: hgoffen@lafchicago.org
312-229-6355  Fax: 312612-1555
Telephone Number

June  1, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Joyce Bell

Case No. _____

Chapter    7

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Joyce Bell
                        Joyce Bell

Date:    June  1, 2012

B6F (Official Form 6F) (12/07)

In re    Joyce Bell
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** xxx0372<br><br>Allied Interstate Inc<br>435 Ford Rd Ste 800<br>Saint Louis Park, MN 55426 | | - | | | phone bill | | | | 157.00 |
| **Account No.** xxx0372<br><br>SBC Illinois<br>CFC Finc LLC<br>P.O.Box 2036<br>Warren, MI 48090 | | | | | Representing:<br>Allied Interstate Inc | | | | Notice Only |
| **Account No.**<br><br>Amico<br>71 East Industry Court<br>Deer Park, NY 11729 | X | - | | | credit card | | | | Unknown |
| **Account No.** xxxx xx xx2933<br><br>Asset Acceptance LLC<br>PO Box 1630<br>Warren, MI 48090-1630 | | - | | | credit card | | | | 2,150.00 |
| __9__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 2,307.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell _____, Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1990 M6 002933 | | | | | | | | |
| William F. Scannell LTD 12757 S. Western #207 Blue Island, IL 60406 | | | | Representing: Asset Acceptance LLC | | | | Notice Only |
| Account No. xxxxxxxxx5143 | | | | phone | | | | |
| AT&T Corp Attn: Bankruptcy P.O. Box 769 Arlington, TX 76004-0769 | | - | | | | | | 446.71 |
| Account No. xxxxxxxxx5143 | | | | Representing: AT&T Corp | | | | Notice Only |
| C T Corporation System agent for AT&T Corp. 208 S. LaSalle. Suite 814 Chicago, IL 60604 | | | | | | | | |
| Account No. xxx482A | | | | medical services | | | | |
| Cardiac Billing Services 9410 Compubill Dr Orland Park, IL 60462 | | - | | | | | | 1,024.00 |
| Account No. 605482A | | | | Representing: Cardiac Billing Services | | | | Notice Only |
| Holy Cross Hospital 2701 West 68th Street Chicago, IL 60629 | | | | | | | | |

Sheet no.  _1_  of  _9_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,470.71

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | credit card | | | | |
| Citgo P.O. Box 29190 Mission, KS 66201 | X | - | | | | | | Unknown |
| Account No. | | | | parking tickets | | | | |
| City of Chicago Dept. S&S, Bureau of Traffic Svcs 1248 W. Washington Chicago, IL 60607-1930 | | - | | | | | | 480.00 |
| Account No. | | | | Utility service | | | | |
| ComEd System Credit/ Bankruptcy Dept 2100 Swift Drive Oak Brook, IL 60523-1559 | X | - | | | | | | 18,000.00 |
| Account No. xxxxxxxx1176 | | | | medical services | | | | |
| Creditors Discount & Audit Co. Johe E Murphy III, Reg'd Agent 415 E Main St Streator, IL 61364 | | - | | | | | | 561.00 |
| Account No. xxxxxxxx1176 | | | | Representing: Creditors Discount & Audit Co. | | | | Notice Only |
| Foundation Emergency Services Creditors Discount & Aud 415 East Main Street Streator, IL 61364 | | | | | | | | |

Sheet no. _2_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,041.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell                                                   ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1176<br><br>Holy Cross Hospital<br>2701 West 68th Street<br>Chicago, IL 60629 | | | Representing:<br>Creditors Discount & Audit Co. | | | | Notice Only |
| Account No. xxxxxxxxxxxxxx1934<br><br>Debt Recovery Solutions<br>900 Merchants Concourse, Suite 106<br>Westbury, NY 11590-5114 | | - | utility | | | | 1,358.00 |
| Account No. 1034071930161321934<br><br>First National Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 | | | Representing:<br>Debt Recovery Solutions | | | | Notice Only |
| Account No. xxxxxxxx2299<br><br>Dependon Collection Services<br>7627 W Lake Street 210<br>River Forest, IL 60305 | | - | medical services | | | | 507.00 |
| Account No. xxxxxxxx2299<br><br>Emergency Room Care Providers<br>Dept 4034<br>POB 3065<br>Hinsdale, IL 60522-3065 | | | Representing:<br>Dependon Collection Services | | | | Notice Only |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,865.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxx2279 | | | | | medical services | | | | |
| Dependon Collection Services 7627 W Lake Street 210 River Forest, IL 60305 | - | | | | | | | | 499.00 |
| Account No. xxxxxxxx2279 | | | | | Representing: Dependon Collection Services | | | | |
| Emergency Room Care Providers Dept 4034 POB 3065 Hinsdale, IL 60522-3065 | | | | | | | | | Notice Only |
| Account No. xxxxx1863 | | | | | medical services | | | | |
| Dr. Bindiganavle Fhreenizas Klo Professional Bldg 777 Oakmont Lane, Suite 1600 Westmont, IL 60559 | - | | | | | | | | 376.00 |
| Account No. xxxx7821 | | | | | internet/cable | | | | |
| EOS Group/EOS CCA 700 Longwater Drive Norwell, MA 02061 | - | | | | | | | | 284.00 |
| Account No. xxxx7821 | | | | | Representing: EOS Group/EOS CCA | | | | |
| Comcast P.O. Box 3002 Attn Bankruptcy Southeastern, PA 19398-3002 | | | | | | | | | Notice Only |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,159.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x9790<br><br>Heart Specialist Inc.<br>3724 Glenlake Drive<br>Glenview, IL 60026 | - | | medical services | | | | 697.20 |
| Account No. xxxx286A<br><br>Holy Cross Hospital<br>2701 West 68th Street<br>Chicago, IL 60629 | - | | medical services | | | | 41.00 |
| Account No. xxxx286A<br><br>Universal Radiology, Ltd.<br>9410 Compubill Drive<br>Orland Park, IL 60462 | | | Representing:<br>Holy Cross Hospital | | | | Notice Only |
| Account No.<br><br>Illinois Student Assistance Commsn<br>James R. Thompson Center<br>100 W. Randolph, Suite 3-200<br>Chicago, IL 60601 | - | | student loan | | | | 16,000.00 |
| Account No. xxxxx6691<br><br>John H. Stroger Hospital<br>1110 S. Oakley, Annex Building<br>Chicago, IL 60612 | - | | medical services | | | | 491.60 |

| | | |
|---|---|---|
| Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 17,229.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell                                              ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx9507 | | | credit card | | | | |
| Macy's Inc. 7  West Seventh St., Cincinnati, OH 45202 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Illinois Corporation Service C agent for 801 Adlai Stevenson Drive Springfield, IL 62703 | | | Representing: Macy's Inc. | | | | Notice Only |
| Account No. xxxxxxxx2297 | | | medical services | | | | |
| Marquette Radiology Associates, LLC POB 2153 Bedford Park, IL 60499-2153 | - | | | | | | 2,792.00 |
| Account No. xx1983 | | | credit card | | | | |
| Midland Funding LLC 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | - | | | | | | 1,362.00 |
| Account No. xx1983 | | | | | | | |
| Aspire Visa PO Box 23007 Columbus, GA 31902 | | | Representing: Midland Funding LLC | | | | Notice Only |

Sheet no. _6_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,154.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3876 | | | credit card | | | | |
| Northland Group 7831 Glenroy Road #110 Edina, MN 55439 | - | | | | | | 1,644.34 |
| Account No. xxxx3876 | | | Representing: Northland Group | | | | |
| C T Corporation System agent for Northland Group Inc. 208 S. LaSalle. Suite 814 Chicago, IL 60604 | | | | | | | Notice Only |
| Account No. xxxxxxxxxxxxx6730 | | | Representing: Northland Group | | | | |
| Capital 1 Bk 11013 W Broad St Glen Allen, VA 23060 | | | | | | | Notice Only |
| Account No. xxxxxx60PF | | | medical services | | | | |
| Orizon Diagnostics 102 Chestnut Ave. Westmont, IL 60559 | - | | | | | | 554.60 |
| Account No. xxxxxx60PF | | | Representing: Orizon Diagnostics | | | | |
| Orizon Pathology Foundation P.O. Box 88639 Chicago, IL 60680 | | | | | | | Notice Only |

Sheet no. _7_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,198.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell                              ,     Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7566<br><br>Provident Hospital<br>500 East 51st Street<br>Chicago, IL 60615-2400 | | - | medical services | | | | 658.00 |
| Account No. xxxx9956<br><br>Providian<br>4940 Johnson Drive<br>Pleasanton, CA 94566 | | - | credit card | | | | 1,114.07 |
| Account No. xxxx9956<br><br>Asset Acceptance LLC<br>PO Box 1630<br>Warren, MI 48090-1630 | | | Representing:<br>Providian | | | | Notice Only |
| Account No.<br><br>Sears<br>Citicards Bankruptcy Unit<br>PO Box 20507<br>Kansas City, MO 64195 | X | - | credit card | | | | Unknown |
| Account No. xxxx6528<br><br>Sunstar Acceptance Corporation<br>1570 W. Ogden Ave., Suite 103<br>Naperville, IL 60540 | | - | vehicle | | | | 21,204.37 |

Sheet no. _8_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   22,976.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Joyce Bell _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2611 Sure-tel P.O. Box 272070 Oklahoma City, OK 73137 | - | | phone | | | | 122.32 |
| Account No. xxxxxxx970-0 Talk America 2704 Alternate 19 North Palm Harbor, FL 34683 | - | | telephone service | | | | 95.54 |
| Account No. Target Case Receivable 1247 Broadway Sonoma, CA 95476 | X - | | credit card | | | | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _9_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 217.86 |
| Total (Report on Summary of Schedules) | | 72,619.75 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Joyce Bell                                                        Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Widowed | RELATIONSHIP(S):  None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 12.00 | $ N/A |
| 11. Social security or government assistance (Specify):  Social Security Disability | $ 739.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify):  Food Stamps | $ 61.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 812.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 812.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 812.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    Joyce Bell                                                                Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 120.00 |
| a. Are real estate taxes included?    Yes ___    No _X_ | | |
| b. Is property insurance included?    Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 78.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 35.00 |
| d. Other    Internet service | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 181.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 9.00 |
| 8. Transportation (not including car payments) | $ | 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $    723.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 812.00 |
| b.    Average monthly expenses from Line 18 above | $ | 723.00 |
| c.    Monthly net income (a. minus b.) | $ | 89.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Joyce Bell                                  Case No.

                                          Debtor(s)          Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   $   0.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):     Attorney's normal salary from LAFMC

4.   The source of compensation to be paid to me is:

     ☐ Debtor    ■ Other (specify):     Attorney's normal salary from LAFMC

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Adversary proceedings seeking (1) undue hardship discharge of student loans under 11 U.S.C. § 523(a)(8), or (2) eviction of any tenants of debtor.. If requested, LAFMC may represent debtor in non-bankruptcy matters according to LAFMC priority guidelines; however, this will require a separate decision.

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    June 1, 2012                         /s/ Elise M. Tincher

                                                   Elise M. Tincher
                                                   Legal Assistance Foundation
                                                   120 S. LaSalle Street
                                                   Suite 900
                                                   Chicago, IL 60603
                                                   312-229-6335   Fax: 312612-1555
                                                   hgoffen@lafchicago.org

## RETAINER AGREEMENT

I _Joyce Bell_____ request and authorize the staff of the Legal Assistance

Foundation of Metropolitan Chicago (LAF) to represent me as my lawyers regarding: _____

_Chap 7 bankruptcy to restore utilities_
_and preserve subsidized housing_

I understand that:

- **LAF has not agreed to represent me until an LAF employee signs this retainer below.**
- LAF will consider, among other things, the nature of my problem, the facts of my case, and LAF's ability to represent me.
- if my case is accepted, it is only for the representation described above or as limited by any matters set out in the "Special Circumstances" section below.
- if further representation is necessary, such as an appeal, the decision whether LAF will represent me will be made when it becomes necessary (see other side for details).
- if I fail to keep any of the following agreements, LAF may withdraw from representing me (see other side for details).
- LAF may assign this case to be worked on by a paralegal or law clerk working under the supervision of an attorney.

I agree:

- to cooperate fully with LAF
- to tell the truth about my case
- to help LAF get all the facts about my case
- to give LAF accurate information about my income and assets
- to tell LAF promptly of any change in my address or phone number
- to keep all court dates and all appointments with LAF

LAF agrees:

- to keep information about your case confidential, consistent with the ethical rules for lawyers
- to keep you informed about important developments in your case, and to respond to your reasonable requests for information about your case
- to consult with you before any significant decision or settlement in your case
- that you will not have to pay any lawyers' fees to LAF for the representation described above

Do not sign this agreement until you have read it or had it explained to you and you understand it.

_Joyce A. Bell_____
Client

Date: _6-1-12_

LAF agrees to represent on the terms set forth in this retainer agreement.

_____
Attorney or Paralegal - for LAF

_____
Supervising Attorney (where paralegal signs above)

Date: _6-1-12_

SPECIAL CIRCUMSTANCES: _____

**The other side of this agreement sets forth your rights and responsibilities in greater detail.**

## Disclosure of information to others

I authorize LAF to disclose information concerning me or my legal problem to appropriate persons, but only to the extent necessary to properly represent me or to enable LAF to comply with state or federal law.

I understand that if a law suit is filed on my behalf in most instances, federal law requires LAF to disclose: 1) my name and address; 2) the name and address of the opposing party; 3) a brief description of claims in the case; 4) the name and address of the court in which the case is filed and the case number. This information may become available to the general public.

## Attorneys' Fees

LAF will not charge me for its work.

In some cases, LAF may be able to claim attorneys' fees from the opposing party. I authorize LAF to seek, collect and keep attorneys' fees by obtaining a court order awarding fees, or through a settlement agreement with the opposing party.

## Court-Related Costs

In the course of representing me, LAF may have to pay court costs on my behalf. These may include official fees for filing, recording documents, obtaining subpoenas for witnesses, and service of papers, as well as out-of-pocket costs for printing, copying, court reporters, transcripts, expert witnesses, and other such expenses. I understand and agree that I may have to repay such costs.

LAF will try to get costs waived whenever possible, and will do its best to inform me of the costs before they are incurred.

LAF may seek to recover such costs from the opposing party at the end of the case. If the court orders the other side to pay costs incurred by LAF, then I agree that the costs should be paid directly to LAF and not to me. If I am awarded a money judgment that does not specifically provide for the payment of costs, then I agree to repay LAF the costs it incurred, out of the money I receive. If I do not recover any money in my case, I am still responsible to reimburse LAF for the costs I incurred on my behalf, unless I cannot afford to do so.

## Settlement

LAF will not settle any part of my case without my approval. LAF will inform me of any offers from the opposing party to settle the case. I agree not to settle my case without telling LAF first and providing LAF with the opportunity to discuss the proposed settlement with me.

• Some opposing parties may offer a settlement that requires LAF to give up its right to attorneys' fees and costs. LAF depends on attorneys' fee awards to help continue its work. Settlements that require LAF to give up its right to fees and costs make it more difficult for LAF to provide legal services to other clients in need of help. In addition, holding opposing parties responsible for attorneys' fees and costs is a powerful way to prevent future unlawful conduct. For these reasons, LAF encourages clients to think carefully before accepting such an offer.

## Complaint procedures

Anyone who has a complaint about the way service was provided (or not provided), is entitled to have that complaint reviewed in accordance with the following rules:

• When a complaint is made, a supervisory attorney will review it and try to solve the problem. If the problem is not resolved to the satisfaction of the person complaining, the Supervisory Attorney will notify the person that he or she may have that complaint reviewed by the Executive Director, or his or her designee.

• In the event that the Executive Director is unable to resolve a complaint, the Executive Director will notify the person that he or she may have the complaint reviewed by a committee or sub-committee of the Board of Directors of LAF.

• All complaints will be reviewed within a reasonable period of time after they are made, but no longer than 60 days.

## Ending this agreement

This is an agreement for a case, task or matter. When the case is over or the task is completed or the matter is resolved, this agreement ends. If I have a different legal problem or if an appeal is necessary, a new application for services is needed.

## How I may end the agreement

I may end this agreement at any time by telling LAF, in writing, that I do not want its services any longer. Sometimes a court may require me to get its approval to end the agreement. If I end the agreement, LAF does not have to get another lawyer to represent me.

## How LAF may end the agreement

LAF may end this agreement before my legal problem is completed for any one or more of the following reasons:

• LAF cannot locate me.
• I do not contact LAF when asked to do so, or I do not cooperate with my LAF attorney(s).
• I am no longer financially eligible under LAF's guidelines.
• I do not obey a court order which LAF advises me to obey.
• LAF determines that it would be ethically wrong to continue to represent me.
• Further work on the case would be only for the purpose of harassing or harming another person.
• If there are other reasons why LAF cannot continue to represent me, LAF will tell me what those reasons are.

After LAF starts to represent me in a case before a court or agency, it can withdraw from the case, but LAF must tell me before it attempts to do so. The notice must be in writing and mailed to me at my last known address.

Allied Interstate Inc
Acct No xxx0372
435 Ford Rd Ste 800
Saint Louis Park, MN 55426


Amico
71 East Industry Court
Deer Park, NY 11729


Aspire Visa
Acct No xx1983
PO Box 23007
Columbus, GA 31902


Asset Acceptance LLC
Acct No xxxx xx xx2933
PO Box 1630
Warren, MI 48090-1630


Asset Acceptance LLC
Acct No xxxx9956
PO Box 1630
Warren, MI 48090-1630


AT&T Corp
Acct No xxxxxxxxxx5143
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769


C T Corporation System
Acct No xxxxxxxxxx5143
agent for AT&T Corp.
208 S. LaSalle. Suite 814
Chicago, IL 60604


C T Corporation System
Acct No xxxx3876
agent for Northland Group Inc.
208 S. LaSalle. Suite 814
Chicago, IL 60604


Capital 1 Bk
Acct No xxxxxxxxxxxx6730
11013 W Broad St
Glen Allen, VA 23060

Cardiac Billing Services
Acct No xxx482A
9410 Compubill Dr
Orland Park, IL 60462


Citgo
P.O. Box 29190
Mission, KS 66201


City of Chicago
Dept. S&S, Bureau of Traffic Svcs
1248 W. Washington
Chicago, IL 60607-1930


Comcast
Acct No xxxx7821
P.O. Box 3002
Attn Bankruptcy
Southeastern, PA 19398-3002


ComEd
System Credit/ Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-1559


Creditors Discount & Audit Co.
Acct No xxxxxxxx1176
Johe E Murphy III, Reg'd Agent
415 E Main St
Streator, IL 61364


Debt Recovery Solutions
Acct No xxxxxxxxxxxxxx1934
900 Merchants Concourse, Suite 106
Westbury, NY 11590-5114


Dependon Collection Services
Acct No xxxxxxxx2299
7627 W Lake Street 210
River Forest, IL 60305


Dependon Collection Services
Acct No xxxxxxxx2279
7627 W Lake Street 210
River Forest, IL 60305

Dr. Bindiganavle Fhreenizas
Acct No xxxxx1863
Klo Professional Bldg
777 Oakmont Lane, Suite 1600
Westmont, IL 60559


Emergency Room Care Providers
Acct No xxxxxxxx2299
Dept 4034
POB 3065
Hinsdale, IL 60522-3065


Emergency Room Care Providers
Acct No xxxxxxxx2279
Dept 4034
POB 3065
Hinsdale, IL 60522-3065


EOS Group/EOS CCA
Acct No xxxx7821
700 Longwater Drive
Norwell, MA 02061


First National Bank
Acct No 1034071930161321934
500 E 60th St N
Sioux Falls, SD 57104-0478


Foundation Emergency Services
Acct No xxxxxxxx1176
Creditors Discount & Aud
415 East Main Street
Streator, IL 61364


Heart Specialist Inc.
Acct No x9790
3724 Glenlake Drive
Glenview, IL 60026


Holy Cross Hospital
Acct No xxxx286A
2701 West 68th Street
Chicago, IL 60629

```
Holy Cross Hospital
Acct No 605482A
2701 West 68th Street
Chicago, IL 60629


Holy Cross Hospital
Acct No xxxxxxxx1176
2701 West 68th Street
Chicago, IL 60629


Illinois Corporation Service C
Acct No xxxx9507
agent for
801 Adlai Stevenson Drive
Springfield, IL 62703


Illinois Student Assistance Commsn
James R. Thompson Center
100 W. Randolph, Suite 3-200
Chicago, IL 60601


John H. Stroger Hospital
Acct No xxxxx6691
1110 S. Oakley, Annex Building
Chicago, IL 60612


Leslie Sutton


Leslie Sutton


Leslie Sutton


Leslie Sutton


Leslie Sutton


Macy's Inc.
Acct No xxxx9507
7 West Seventh St.,
Cincinnati, OH 45202
```

Marquette Radiology Associates, LLC
Acct No xxxxxxxx2297
POB 2153
Bedford Park, IL 60499-2153


Midland Funding LLC
Acct No xx1983
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Northland Group
Acct No xxxx3876
7831 Glenroy Road #110
Edina, MN 55439


Orizon Diagnostics
Acct No xxxxxx60PF
102 Chestnut Ave.
Westmont, IL 60559


Orizon Pathology Foundation
Acct No xxxxxx60PF
P.O. Box 88639
Chicago, IL 60680


Provident Hospital
Acct No xxxx7566
500 East 51st Street
Chicago, IL 60615-2400


Providian
Acct No xxxx9956
4940 Johnson Drive
Pleasanton, CA 94566


SBC Illinois
Acct No xxx0372
CFC Finc LLC
P.O.Box 2036
Warren, MI 48090


Sears
Citicards Bankruptcy Unit
PO Box 20507
Kansas City, MO 64195

Sunstar Acceptance Corporation
Acct No xxxx6528
1570 W. Ogden Ave., Suite 103
Naperville, IL 60540


Sure-tel
Acct No xxxxx2611
P.O. Box 272070
Oklahoma City, OK 73137


Talk America
Acct No xxxxxxx970-0
2704 Alternate 19 North
Palm Harbor, FL 34683


Target
Case Receivable
1247 Broadway
Sonoma, CA 95476


Universal Radiology, Ltd.
Acct No xxxx286A
9410 Compubill Drive
Orland Park, IL 60462


William F. Scannell LTD
Acct No 1990 M6 002933
12757 S. Western #207
Blue Island, IL 60406